BANK OF YORKTOWN, Appellant, *v.* JOHN P. BOLAND et al., Constituting the New York State Labor Relations Board, Respondents.

Argued February 20, 1939; decided April 11, 1939.

*Richard J. Mackey* for appellant.

*Burton A. Zorn, Eugene Cotton* and *Bernard Jaffe* for appellants.

Orders reversed, without costs, on authority of *Dun & Bradstreet, Inc.,* v. *City of New York* (276 N. Y. 198), and the action remitted to the Special Term for further proceedings in accordance with the opinion in *Matter of Metropolitan Life Ins. Co.* v. *New York State Labor Relations Board* (280 N. Y. 194). First question certified answered in the affirmative. Other questions certified not answered. No opinion.

Concur: CRANE, Ch. J., LEHMAN, LOUGHRAN and FINCH, JJ. O'BRIEN, HUBBS and RIPPEY, JJ., concur for reversal but dissent as to further proceedings in the action.